IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 29 2008
JAMES W. McCORMACK, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 4:02MC00022 WRW |
| | ) |
| JOHN V. TOMASSINI | ) |

## SATISFACTION OF JUDGMENT

The United States of America, by and through its attorneys, Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Stacey E. McCord, Assistant United States Attorney for said district, hereby states:

That the Heal Default Judgment filed October 29, 2002, and the Abstract of Judgment filed on November 26, 2002, have now been settled in full and should be released.

JANE W. DUKE
United States Attorney

By Stacey E. McCord  87114
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
501-340-2630

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing pleading this 29th day of January 2008, to the following:

John V. Tomassini
7600 Arch Street
Little Rock, AR  72206

Stacey E. McCord
Assistant United States Attorney